AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Edwin Laureano-Suarez<br><br>*Defendant(s)* | )<br>)<br>) Case No. 5:14mj59<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/29/2014 to 6/18/2014__ in the county of __Luzerne and elsewhere__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sections 846, 841(a)(1) | On or about and between May 29, 2014 and June 18, 2014 in Luzerne County and elsewhere, the defendant, Edwin Laureano-Suarez, did knowingly, intentionally and unlawfully conspire to distibute and possess with intent to distirbute heroin, a Schedule I controlled substance, in violation of 21 U.S.C. Sections 846 and 841(a)(1). |

This criminal complaint is based on these facts:
See Attached Affidavit of Probable Cause

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Aris Anastasis, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6-19-14

*Judge's signature*

City and state: Wilkes-Barre, PA

Karoline Mehalchick, U.S. Magistrate Judge
*Printed name and title*