UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | 3:CR-14- |
| EDWIN LAUREANO-SUAREZ, : | |
| Defendant | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:
### Count 1

From in or about May 2014, to on or about June 18, 2014, in Luzerne County, Pennsylvania, within the Middle District of Pennsylvania, and elsewhere, the Defendant,

**EDWIN LAUREANO-SUAREZ,**

did combine, conspire, and agree with other persons to commit an offense against the United States, namely, to knowingly, intentionally and unlawfully distribute, and possess with intent to distribute, heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 846.

Date:

*Peter J. Smith* F.P.S.
PETER J. SMITH
United States Attorney