UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| -vs- | No. 3: CR-14-*197* |
| : | |
| : | |
| EDWIN LAUREANO-SUAREZ, : | |
| Defendant : | |

## STATEMENT OF DEFENDANT

1. I understand the nature of the charge to which my proposed plea of guilty to Count 1 of the Information to be filed at Middle District of Pennsylvania Criminal Number 3:CR-14- to be a violation of Title 21, United States Code, Section 846, conspiracy to distribute heroin.

2. I further understand that, based solely upon my plea of guilty, the Judge could, if he chose, sentence me to the maximum penalty for the offenses; imprisonment for a period of 20 years and/or a fine of $1 million. I further understand that the Judge could sentence me to a life term of supervised release to follow any period of incarceration. I understand that during any period of supervised release, I will be under the supervision of a United States Probation Officer and will be subject to certain conditions which may restrict my freedom of

movement, association, possession of weapons, use of alcohol or controlled substances, etc. I further understand that during any period of supervision I may be required to participate in rehabilitative programs and will be required to make routine reports to the Probation Officer and answer his questions truthfully and to follow his instructions. I further understand that should I violate any conditions of supervised release, the Court may revoke my supervised release and impose a further prison term.

3. I am represented by an attorney, Leo Latella of Scranton, Pennsylvania; I fully understand that I have the right to be represented by an attorney at every stage of these proceedings against me and, if necessary, one will be appointed to represent me.

4. I understand that I have the right to plead not guilty; that I have the right to be tried by a jury and at that trial have the right to assistance of counsel; that I have the right to confront and cross-examine witnesses against me; and that I have the right not to be compelled to incriminate myself. I recognize that I have the right to move to suppress the evidence against me, to present my own case to the jury, call witnesses on my behalf and subpoena records in my defense. I realize that, by

pleading guilty, I am giving up all of these rights.

5. I understand that if I enter a plea of guilty to Count 1 of the Indictment, there will not be a further trial of any kind so that by pleading guilty, I am waiving the right to a trial.

6. I have discussed these matters with my attorney and am satisfied with his representation of me in these proceedings.

7. No promise, threats or any other inducements of any kind have been made to me in regard to my plea of guilty, apart from the plea agreement. I am entering into this plea voluntarily with full knowledge of what rights I am giving up.

8. I am aware that, by entering a plea of guilty, I am admitting that what the Government says about me in Count 1 of the Information is true and that I did, in fact, commit the offense with which I am charged.

9. I understand that if I enter a plea of guilty to Count 1 of the Information, the Court may ask me questions about the offense to which I have pleaded, and if I answer these questions falsely under oath, my answers later may be used against me in a prosecution for perjury or false

statement.

I fully understand the foregoing statement, consisting of four (4) typewritten pages.

_____  _____
EDWIN LAUREANO-SUAREZ            LEO LATELLA, ESQUIRE
Defendant                                           Counsel for Defendant